**Order entered September 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00404-CV

## CAROL YANCEY, Appellant

## V.

## SLJ COMPANY, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04449**

## ORDER

Before the Court is appellee's September 9, 2021 agreed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief due by September 30, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE